UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA **CR-FERGUSON**
FORT LAUDERDALE DIVISION   MAGISTRATE JUDGE
CASE NO. **99-6206**   SNOW

18 U.S.C. § 911
18 U.S.C. § 1015(f)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) |
| SHEREUDEU ROBINSON,<br>a/k/a Hazel Thompson, | ) |
| Defendant. | ) |

## INDICTMENT

The Grand Jury charges that:

### COUNT I

On or about March 11, 1999, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**SHEREUDEU ROBINSON,
a/k/a Hazel Thompson,**

an alien, did knowingly and willfully falsely represent herself to be a citizen of the United States, in that she presented a birth certificate in the name of Hazel Thompson, born in the State of Florida, claiming this to be her own birth certificate, in an attempt to enter into the United States, in violation of Title 18, United States Code, Section 911.



## COUNT II

On or about January 20, 1998, in Broward County, in the Southern District of Florida, the defendant,

**SHEREUDEU ROBINSON,
a/k/a Hazel Thompson,**

an alien, did knowingly make a false statement that she was a citizen of the United States, in order to register to vote in Federal, State and local elections, in that in such registration, the defendant stated her name to be Hazel Thompson and that she was a United States citizen, when in truth and in fact, and as the defendant then and there well knew, she was not Hazel Thompson and was not a citizen of the United States, in violation of Title 18, United States Code, Section 1015(f).

## COUNT III

On or about September 1, 1998, in Broward County, in the Southern District of Florida, the defendant,

**SHEREUDEU ROBINSON,
a/k/a Hazel Thompson,**

an alien, did knowingly make a false statement that she was a citizen of the United States, in order to vote in a Federal, State and local primary election, in that the defendant stated her name to be Hazel Thompson and that she was qualified to vote in said election, when in truth and in fact, and as the defendant then and there well knew, she was not Hazel Thompson and was not a citizen

2

of the United States entitled to vote in said election, in violation of Title 18, United States Code, Section 1015(f).

COUNT IV

On or about November 3, 1998, in Broward County, in the Southern District of Florida, the defendant,

**SHEREUDEU ROBINSON,**
**a/k/a Hazel Thompson,**

an alien, did knowingly make a false statement that she was a citizen of the United States, in order to vote in a Federal, State and local general election, in that the defendant stated her name to be Hazel Thompson and that she was qualified to vote in said election, when in truth and in fact, and as the defendant then and there well knew, she was not Hazel Thompson and was not a citizen of the United States entitled to vote in said election, in violation of Title 18, United States Code, Section 1015(f).

A TRUE BILL:

_____
FOREPERSON

_____
THOMAS E. SCOTT
UNITED STATES ATTORNEY

_____
KATHLEEN RICE
ASSISTANT UNITED STATES ATTORNEY

3

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**UNITED STATES OF AMERICA**

v.

SHEREUDEU ROBINSON,
~~a/k/a Hazel Thompson~~

**CASE NO.** _____

**CERTIFICATE OF TRIAL ATTORNEY***

**Superseding Case Information**:

New Defendant(s) ____ Yes ____ No
Number of New Defendants _____
Total number of counts _____

**Court Division**: (Select One)

____ Miami   ____ Key West
_X_ FTL   ____ WPB   ____ FTP

I do hereby certify that:

1.   I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.   I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3.   Interpreter:   (Yes or No)   __NO__
     List language and/or dialect   _____

4.   This case will take   __1-2__ days for the parties to try.

5.   Please check appropriate category and type of offense listed below:
     (Check only one)        (Check only one)

| | | | | | |
|---|---|---|---|---|---|
| I | 0 to 5 days | _X_ | Petty | _____ |
| II | 6 to 10 days | _____ | Minor | _____ |
| III | 11 to 20 days | _____ | Misdem. | _____ |
| IV | 21 to 60 days | _____ | Felony | _X_ |
| V | 61 days and over | _____ | | |

6.   Has this case been previously filed in this District Court? (Yes or No)   __NO__
If yes:
Judge: _____   Case No. _____
(Attach copy of dispositive order)

Has a complaint been filed in this matter?   (Yes or No)   __NO__
If yes:
Magistrate Case No. _____
Related Miscellaneous numbers: _____
Defendant(s) in federal custody as of   __INS custody as of 3/11/99__
Defendant(s) in state custody as of   _____
Rule 20 from the   _____   District of   _____

Is this a potential death penalty case? (Yes or No)   __No__

7.   Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? __
Yes _X_ No    If yes, was it pending in the Central Region? __ Yes __ No

_____
KATHLEEN RICE
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 100765

*Penalty Sheet(s) attached                              REV.4/7/99

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**PENALTY SHEET**

**Defendant's Name** SHEREUDEU ROBINSON          **Case No.** _____

=================================          ==========================================

Count #: 1

FALSE REPRESENTATION OF CITIZENSHIP _____

18 U.S.C. § 911 _____

**Max. Penalty:**          3 YEARS' IMPRISONMENT; $250,000 FINE
==============================================================================
Count #: 2

FALSE REPRESENTATION OF CITIZENSHIP IN ORDER TO REGISTER TO VOTE _____

18 U.S.C. § 1015(f) _____

**Max. Penalty:**          5 YEARS' IMPRISONMENT; $250,000 FINE
==============================================================================
Count #. 3

FALSE REPRESENTATION OF CITIZENSHIP IN ORDER TO VOTE _____

18 U.S.C. § 1015(f) _____

**Max. Penalty:**          5 YEARS' IMPRISONMENT; $250,000 FINE
==============================================================================
Count #: 4

FALSE REPRESENTATION OF CITIZENSHIP IN ORDER TO VOTE _____

18 U.S.C. § 1015(f) _____

**Max. Penalty:**          5 YEARS' IMPRISONMENT; $250,000 FINE
==============================================================================

Count #:

_____

_____

**Max. Penalty:**
==============================================================================

==============================================================================

*Refers only to possible term of incarceration, does not  include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.